# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3560
_____

United States of America

*Plaintiff - Appellee*

v.

Dale Alan Grau

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: February 5, 2013
Filed: February 28, 2013
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

The district court[1] found that Dale Grau had violated his supervised release following his release from imprisonment on a federal identity-theft conviction. The

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

court thus revoked supervised release and imposed a revocation sentence consisting of imprisonment and additional supervised release. Grau appeals, arguing that the district court erred in finding that he violated his supervised release and that it imposed an unreasonable revocation sentence.

Upon careful review of the evidence presented by the government at the revocation hearing, we conclude that the district court did not clearly err in finding that the government met its burden of proving that Grau had violated his supervised release, see United States v. Sistrunk, 612 F.3d 988, 991 (8th Cir. 2010) (standard of review). We also conclude that the revocation sentence was not substantively unreasonable, see United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (standard of review).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____